G. Thomas Martin, III, Esq. (SBN 218456)
Nicholas J. Bontrager, Esq. (SBN 252114)
**MARTIN & BONTRAGER, APC**
6464 W. Sunset Blvd., Suite 960
Los Angeles, CA 90028
Phone: 323.940.1700
Fax: 323.328.8095
tom@mblawapc.com
nick@mblawapc.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEE PRINGLE, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN DENTAL SERVICES, INC., <br><br> Defendant(s). | Case No. 2:19-cv-02190-MCE-DB <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** <br><br> Complaint Served: October 29, 2019 <br> Current Response Time: November 4, 2019 <br> Proposed Response Time: January 3, 2019 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective representatives that Defendant WESTERN DENTAL SERVICES, INC. ("Defendant") may have additional time within which to answer or otherwise respond to Plaintiff's complaint. Therefore, the last date for Defendant to answer or otherwise respond to Plaintiff's complaint is January 3, 2019.

Good cause exists for this extension to allow Defendant sufficient time to retain outside counsel and the parties to engage in early settlement discussions to possibly resolve Plaintiff's claims without the need to further litigate this matter.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has

concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

**MARTIN & BONTRAGER, APC**

Dated: November 19, 2019     By: /s/Nicholas J. Bontrager
Nicholas J. Bontrager
Attorneys for Plaintiff
KIMBERLEE PRINGLE

**WESTERN DENTAL SERVICES, INC.**

Dated: November 19, 2019     By: /s/Nilam J. Patel Singh
Nilam J. Patel Singh (SBN 232195)
Associate General Counsel
DEFENDANT WESTERN DENTAL SERVICES, INC.

## ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendant should answer or otherwise respond to Plaintiff's complaint on or before January 3, 2020.

IT IS SO ORDERED.

Dated: December 3, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE