Wyeth E. Burrows (State Bar No. 203851)
Wburrows@wshblaw.com
Zhasmina Y. Kolarova (State Bar No. 328751)
zkolarova@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
501 West Broadway, Suite 1200
San Diego, California 92101
Wburrows@wshblaw.com
Phone: 619-849-4900 ♦ Fax: 619-849-4950

Attorneys for Defendant, WESTERN DENTAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KIMBERLEE PRINGLE,<br><br>    Plaintiff,<br><br>v.<br><br>WESTERN DENTAL SERVICES, INC.,<br><br>    Defendant. | Case No. 2:19-cv-02190-MCE-DB<br><br>**STIPULATION TO MODIFY RULE 16(b) SCHEDULING ORDER**<br>**(First Request)**<br><br>Hon. District Judge Morrison C. England, Jr.<br>Hon. Magistrate Judge Deborah Barnes<br><br>Trial Date:    None Set |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, KIMBERLEE PRINGLE, by and through her attorney of record, Nicholas Brontrager, Esq. of the law firm of Martin & Bontrager, APC, Defendant, WESTERN DENTAL SERVICES, INC., by and through its attorneys of record, Wyeth E. Burrows, Esq. and Zhasmina Y. Kolarova, Esq., of the law firm of WOOD, SMITH, HENNING & BERMAN LLP, and the parties hereby respectfully request that the Court's Rule 16(b) Scheduling Order be modified so as to extend the discovery deadlines by 90 days.

/ / /

/ / /

15042922.1:10218-0032

2:19-cv-02190-MCE-DB

STIPULATION TO MODIFY RULE 16(b) SCHEDULING ORDER
(First Request)

## I. BACKGROUND

This action arises from Plaintiff Kimberly Pringle's ("Plaintiff") allegations that Defendant Western Dental Services, Inc, ("Defendant") placed numerous calls a day on a virtual basis over the course of a couple years, while Defendant was seeking to collect an outstanding debt. Plaintiff further alleges that she revoked her consent and Defendant continued to use an "automatic telephone dialing system" as defined by *47 U.S.C. § 227(a)(1)* to place its calls to Plaintiff. Plaintiff and Defendant are collectively referred to as "the Parties" herein.

## II. DISCOVERY COMPLETED TO DATE

The following disclosures have been served by the Parties:

1. Plaintiff Kimberly Pringle's Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26

2. Defendant Western Dental Services, Inc.'s Initial List of Witnesses and Production of Documents Pursuant to FRCP 26

Since discovery began, Plaintiff has requested phone call records and recordings from Defendant. Plaintiff propounded Requests for Production of Documents and Interrogatories to Defendant on January 15, 2020. Subsequently, the Parties agreed to conduct informal discovery in an attempt to settle the case early.

## III. DISCOVERY REMAINING TO BE COMPLETED

The Parties agree that the following discovery must be completed:

- Propounding and responding to additional written discovery;
- Depositions of the party representative(s);
- Deposition of Plaintiff Kimberly Pringle;
- Depositions of percipient witnesses;
- Initial and rebuttal expert disclosures;
- Depositions of the parties' experts; and
- Ongoing exchange of additional documents.

///

## IV. REASON FOR DISCOVERY REQUEST

Pursuant to FRCP 16(b), the parties submit that good cause exists for the extension requested herein for the following reasons:

On March 4, 2020, Governor Newsom entered an executive order declaring a state of emergency in response to COVID-19. On March 19, 2020, Governor Newsom entered an executive ordering all individuals living in the State of California to shelter in place. As a result, Defendant closed its offices and had to furloughed most of its employees. During the closure, only minimal staff was working to provide support. As a result, Defendant was unable to obtain any information or documentation responsive to Plaintiff's outstanding discovery requests. This delayed exchange of information between the parties has resulted in approximately 90 days delay in the discovery process.

In early May, Governor Newsom reopened essential and non-essential businesses. As a result, Western Dental Services, Inc. has recently reopened its locations, but is currently still operating with a significantly reduced staff. As such, it will still experience difficulty in complying with discovery requests due to the depleted employee roster and the many steps that are required to ensure that that the business is following all applicable COVID-19 protocol for the safety of the patients and its employees.

Additionally, the parties will not be prejudiced by the 90-day continuance of the discovery deadlines. The parties also have made no prior requests to modify the Scheduling Order. Thus, good cause exists to continue the deadlines for completing discovery.

## V. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY

The parties have agreed to extend the discovery deadlines by 90 days from the Court's October 30, 2019 Scheduling Order, with the new schedule as follows:

- **Fact Discovery Cut-off**: November 26, 2020
- **Expert Discovery Cut-off**: January 28, 2021

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: July 17, 2020                              Dated: July 17, 2020

MARTIN & BONTRAGER, APC            WOOD SMITH HENNING & BERMAN LLP

*/s/ Nicholas J. Brontrager*                  */s/ Wyeth E. Burrows*
_____   _____
NICHOLAS J. BRONTRAGER, ESQ.      WYETH E. BURROWS, ESQ.
*Attorney for Plaintiff*                          ZHASMINA Y. KOLAROVA, ESQ.
*KIMBERLEE PRINGLE*                       *Attorneys for Defendant, WESTERN DENTAL SERVICES, INC*

### Signature Attestation

Pursuant to Civil Local Rule 5-4.3.4(i), I hereby attest that all other signatories listed, whose signatures are indicated by a conformed signature ("/s/"), and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 17, 2020                       WOOD, SMITH, HENNING & BERMAN LLP

By:   */s/ Wyeth E. Burrows*
_____
WYETH E. BURROWS
ZHASMINA KOLAROVA
Attorneys for Defendant, WESTERN DENTAL SERVICES, INC.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 501 West Broadway, Suite 1200, San Diego, CA 92101.

On July 20, 2020, I served the following document(s) described as**: STIPULATION TO MODIFY RULE 16(b) SCHEDULING ORDER (First Request)** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 20, 2020, at San Diego, California.

Kate M. Baker

15042922.1:10218-0032

-1-    2:19-cv-02190-MCE-DB

STIPULATION TO MODIFY RULE 16(b) SCHEDULING ORDER
(First Request)

**SERVICE LIST**
**Kimberlee Pringle v. Western Dental Services, Inc.**
**U.S.D.C. - Eastern District of California**
**2:19-cv-02190-MCE-DB**

G. Thomas Martin, III, Esq.
Nicholas J. Bontrager, Esq.
Martin & Bontrager, APC
6464 West Sunset Boulevard
Suite 960
Los Angeles, CA 90028
Tel: (323) 940-1700 / Fax: (323) 328-8095
Email: tom@mblawapc.com
Email: nick@mblawapc.com
**Attorneys for Plaintiff, KIMBERLEE PRINGLE**

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

15042922.1:10218-0032

-2-                                 2:19-cv-02190-MCE-DB
STIPULATION TO MODIFY RULE 16(b) SCHEDULING ORDER
(First Request)