**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankershim Blvd., Ste. 535
Toluca Lake, CA 91602
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
KIMBERLEE PRINGLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KIMBERLEE PRINGLE, | Case No.: 2:19-cv-02190-MCE-DB |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS ENTIRE MATTER WITH PREJUDICE** |
| WESTERN DENTAL SERVICES, INC., | |
| Defendant(s). | |

NOW COMES Plaintiff, KIMBERLEE PRINGLE, and Defendant, WESTERN DENTAL SERVICES, INC., by and through the undersigned counsel, and hereby jointly move this Honorable Court for a dismissal of the instant matter in its entirety, with prejudice pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*, with each party to bear its own attorneys' fees and costs incurred.

///

///

///

RESPECTFULLY SUBMITTED,

Dated: November 20, 2020           **MARTIN & BONTRAGER, APC**

By: <u>/s/ Nicholas J. Bontrager</u>

Nicholas J. Bontrager
*Attorney for Plaintiff*

Dated: November 20, 2020           **WOOD SMITH HENNING & BERMAN LLP**

By: <u>/s/ Wyeth E. Burrows</u>

Wyeth E. Burrows
*Attorney for Defendant*

# PROOF OF SERVICE

I, Nicholas J. Bontrager, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 4605 Lankershim Blvd., Ste. 535 Toluca Lake, CA 91602.  On November 20, 2020, I served the following documents:

**STIPULATION TO DISMISS**

On all parties of record, through counsel

By the following means of service:

[X]  **BY ELECTRONIC CASE FILING:** I filed the submitted the document listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X]  **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on November 20, 2020, at Los Angeles, California.

By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager