# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEE PRINGLE,<br><br>    Plaintiff,<br><br>    vs.<br><br>WESTERN DENTAL SERVICES, INC.,<br><br>    Defendant(s). | Case No.: 2:19-cv-02190-MCE-DB<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  November 24, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE